UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THE EWING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-130 |
| | ) | (VARLAN/GUYTON) |
| DELTACOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, plaintiff The Ewing Group's ("Ewing's") Motion for Remand [Doc. 5] is hereby **GRANTED** because the Court now lacks subject matter jurisdiction over Ewing's claims. Accordingly, this case, in which defendant Deltacom, Inc. ("Deltacom") filed a Notice of Removal [Doc. 1], removing the case to this Court, is hereby **DISMISSED** and remanded to the Chancery Court of Blount County, Tennessee, for further disposition.

IT IS SO ORDERED

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE